IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fields Sr, Gary A

Printed: 6/3/08

Case Number: 07 B 04263
Judge: Hollis, Pamela S
Filed: 3/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 21, 2008
Confirmed: October 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,220.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 415.94 |
| Priority: |  | 544.19 |
| Administrative: |  | 1,140.00 |
| Trustee Fee: |  | 119.87 |
| Other Funds: |  | 0.00 |
| Totals: | 2,220.00 | 2,220.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Steven A Leahy | Administrative | 1,140.00 | 1,140.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 14,621.05 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 544.19 | 544.19 |
| 5. | Internal Revenue Service | Priority | 1,073.26 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 2,297.69 | 184.15 |
| 7. | RMI/MCSI | Unsecured | 257.79 | 20.66 |
| 8. | Nicor Gas | Unsecured | 657.22 | 52.67 |
| 9. | Trinity International University | Unsecured | 1,215.83 | 97.44 |
| 10. | Internal Revenue Service | Unsecured | 536.89 | 0.00 |
| 11. | T Mobile USA | Unsecured | 512.29 | 41.06 |
| 12. | Illinois Dept of Revenue | Unsecured | 249.02 | 19.96 |
| 13. | CBE | Priority |  | No Claim Filed |
| 14. | Citibank | Unsecured |  | No Claim Filed |
| 15. | AFNI | Unsecured |  | No Claim Filed |
| 16. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 17. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 20. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 21. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 22. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 23. | Collection Services Division | Unsecured |  | No Claim Filed |
| 24. | Oak Lawn Radiologists SC | Unsecured |  | No Claim Filed |
| 25. | Medicredit Corporation | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Fields Sr, Gary A | Case Number: 07 B 04263 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/3/08 | Filed: 3/10/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 27. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 28. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 31. | Professional Account Management | Unsecured | | No Claim Filed |
| 32. | Linebarger Goggan Blair Pena & Samp | Unsecured | | No Claim Filed |
| 33. | Trustmark | Unsecured | | No Claim Filed |
| | | | $ 23,105.23 | $ 2,100.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 119.87 |
| | $ 119.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

